## CINCINNATI, RICHMOND & MUNCIE RAILROAD ET AL. v. PATTERSON ET AL.

[No. 5,505. Filed May 8, 1906. Rehearing denied June 20, 1906. Transfer denied November 1, 1906.]

From Miami Circuit Court; *Joseph N. Tillett*, Judge.

Action by Christena Patterson and another against the Cincinnati, Richmond & Muncie Railroad and another. From a judgment for plaintiffs, defendants appeal. *Affirmed.*

*Robbins & Starr* and *Loveland & Loveland*, for appellants.
*Cox, Reasoner & O'Hara*, for appellees.

BLACK, P. J.—The controlling facts of this case are essentially like those of *Cincinnati, etc., Railroad* v. *Miller* (1905), 36 Ind. App. 26, and upon the authority of that case the judgment herein is affirmed.

---

## BREINIG ET AL. v. SPARROW.

[No. 5,744. Filed February 8, 1907.]

From Knox Circuit Court; *Orlando H. Cobb*, Judge.

Action by George M. Sparrow against Henry L. Breinig and others. From a judgment for plaintiff, defendants appeal. *Affirmed in part*, and *reversed in part*.

*C. B. Kessinger* and *Cullop & Shaw*, for appellants.
*Samuel W. Williams* and *Benjamin M. Willoughby*, for appellee.

PER CURIAM.—The judgment herein is reversed as to the appellant Benjamin G. Hudnut, and affirmed as to the other appellants, upon the authority of *Breinig* v. *Sparrow* (1907), *ante*, 455.